**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JERALD TIMES,

                              **Civil Action No. 23-cv-03229-DLC**

            Plaintiff,

-against-

                              **PROPOSED**
                              **CIVIL CASE MANAGEMENT**

SUCCESS ACADEMY CHARTER SCHOOLS, INC.,     **PLAN AND SCHEDULING**
HEATHER HALEY, MATTHEW MORALES, and LAMAE     **ORDER**
DEJONGH, Sued in their Individual and Official Capacities,

           Defendants.
-------------------------------------------------------------------X

       After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. All parties **do not consent** to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.

2. This case **is** to be tried before a jury.

3. Joinder of additional parties must be complete by **November 8, 2023**.

4. Amended pleadings may be filed without leave of Court until **November 8, 2023**.

5. Discovery

    a. Documents. First request for production of documents, if any, must be served by **November 10, 2023**. Further document requests may be served as required, but no document request may be served later than 30 days prior to the date of the close of discovery, as set forth in item 5(e) below.

    b. Interrogatories. Interrogatories pursuant to Rule 33.3(a) of the Local Civil Rules of the Southern District of New York must be served by **November 10, 2023**. No other interrogatories are permitted except upon prior express permission of the Court. No Rule 33.3(a) interrogatories need be served with respect to disclosures automatically required by Fed. R. Civ. P. 26(a).

5797244.v1

    c.    <u>Depositions</u>.  All depositions (including any expert depositions) must be completed by **February 29, 2024**.  Each party is permitted to conduct a total of 4 depositions.

    d.    <u>Request to Admit</u>.  Requests to admit, if any, must be served by **January 29, 2024**.

    e.    All discovery must be completed by **February 29, 2024**.

6. Post-discovery summary judgment motions in the form prescribed by the Court's Individual Practices shall be served by **April 15, 2024**, answering papers by **April 29, 2024**, and reply papers by **May 13, 2024**.  Each party must file its respective papers on the same date that such papers are served.

**SO ORDERED.**

Dated: New York, New York
November __, 2024.

                                                                          **Honorable Denise Cote,** *USDJ*

4886-3495-6168, v. 3

5797244.v1