```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JERALD TIMES,                           :         23cv3229 (DLC)
                       Plaintiff,       :
                                        :
             -v-                        :         ORDER
                                        :
SUCCESS ACADEMY CHARTER SCHOOLS, INC.,  :
HEATHER HALEY, MATTHEW MORALES, and     :
LAMAE DE JONGH,                         :
                       Defendants.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On April 2, 2024, the plaintiff's counsel Avallone & Bellistri filed a motion to withdraw as counsel for the plaintiff. Any objection by the plaintiff was due by April 9, 2024. The plaintiff has not objected. On April 19, the defendants moved for summary judgment. Accordingly, it is hereby

ORDERED that Avallone & Bellistri's motion to withdraw as counsel for the plaintiff is granted.

IT IS FURTHER ORDERED that this action is stayed until May 9, 2024 to allow incoming counsel for the plaintiff to file a Notice of Appearance. In the event no such Notice is filed, it will be assumed that the plaintiff is proceeding pro se, that is, without counsel.

IT IS FURTHER ORDERED that the defendants' April 19, 2024 motion for summary judgment is denied without prejudice to renewal after the stay expires.

IT IS FURTHER ORDERED that, in the event the plaintiff proceeds pro se, he must mail or email any communications with the Court to the Pro Se Intake Unit.  Instructions for email communication with the Pro Se Intake Unit may be found at https://www.nysd.uscourts.gov/sites/default/files/2021-04/2021-04-21-Email-Instructions-pro-se-filings-final.pdf.  Communications may also be mailed to the Pro Se Intake Unit at 40 Foley Square, Room 105, New York, New York, 10007.  The telephone number for the Pro Se Intake Unit is 212-805-0175.  A pro se party may not send any document or filing directly to Chambers.  Submissions requiring immediate attention should be hand-delivered to the Pro Se Intake Unit.  Unless the Court orders otherwise, all communications with the Court will be docketed upon receipt; such docketing shall constitute service on any user of the ECF system.  If any other party is not a user of the ECF system (e.g., if there is another pro se party in the case), a pro se party must send copies of any filing to the party and include proof of service affirming that he or she has done so.  Copies of correspondence between a pro se party and opposing parties shall not be sent to the Court.

IT IS FURTHER ORDERED that, if the plaintiff proceeds pro se, the plaintiff shall complete a Notice of Appearance form and submit it by email or mail to the Pro Se Office by May 9, 2024. You may obtain a Notice of Appearance form by contacting the Pro Se Intake Unit or by visiting the Pro Se page of the Court's website and selecting "Forms, Instructions, & Manuals": https://www.nysd.uscourts.gov/prose. Failure to submit a Notice of Appearance by May 9, 2024 may result in the dismissal of this action with prejudice.

IT IS FURTHER ORDERED that if the plaintiff proceeds pro se, the plaintiff may consider contacting the legal clinic (the "Clinic") opened in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group ("NYLAG"); it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any pro se party through the Pro Se Intake Unit). To receive limited-scope assistance from the clinic, parties may complete the clinic's intake form on their computer or phone at: https://tinyurl.com/NYLAG-ProSe-OI. If the parties have questions regarding the form or they are unable to complete it, they may leave a voicemail at (212) 659-5190. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the

Court is closed. A copy of a flyer with details of the clinic is attached to this order.

IT IS FURTHER ORDERED that Avallone & Bellistri shall promptly serve the plaintiff with this Order.

IT IS FURTHER ORDERED that Avallone & Bellistri shall file an affidavit certifying service of this Order on the plaintiff.

SO ORDERED:

Dated:   New York, New York
         April 23, 2024

                                      _____
                                              DENISE COTE
                                       United States District Judge

4



Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal District Court for the Southern District Of New York

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys, law students and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York. The clinic does not provide full representation. The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax.

## To Contact the Clinic:

Call (212) 659-6190 or complete our online intake form (found here: https://tinyurl.com/NYLAG-ProSe-OI). A staff member will contact you within a few business days.

Those looking for assistance can also contact the clinic at the kiosk located across the hall from the pro se clinic office in the courthouse.

**At this time, the clinic offers remote consultations only. Requests for in-person appointments will be reviewed on a case-to-case basis.**

## Location and Hours:

Thurgood Marshall United States Courthouse

>  Room LL22
>  40 Foley Square
>  New York, NY 10007
>  (212) 659 6190
>
>  Open weekdays
>  10 a.m. – 4 p.m.
>  Closed on federal and court holidays

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.

a beneficiary of
UJA Federation
of New York