```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
JERALD TIMES,                            :
                                         :
                     Plaintiff,          :     23cv3229 (DLC)
            -v-                          :
                                         :         ORDER
SUCCESS ACADEMY CHARTER SCHOOLS, et      :
al.,                                     :
                                         :
                     Defendants.         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received the plaintiff's June 3, 2024 request for an extension of time to respond to the defendants' motion for summary judgment, it is hereby

ORDERED that the plaintiff's opposition shall be filed by **July 29, 2024.** There shall be no further extension.

IT IS FURTHER ORDERED that the defendants' reply, if any, shall be filed by **August 12, 2024.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         June 5, 2024

_____
         DENISE COTE
United States District Judge