```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
JERALD TIMES,                            :
                         Plaintiff,      :
                                         :
              -v-                        :    23cv3229 (DLC)
                                         :
SUCCESS ACADEMY CHARTER SCHOOLS, et      :        ORDER
al.,                                     :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On May 28, 2024, the defendants filed a motion for summary judgment. The plaintiff first filed an opposition to the motion on July 30. The plaintiff filed additional documents in opposition on August 2 and August 5, 2024.

On August 8, the defendants requested a 30-day extension of time to respond to the plaintiff's opposition. On August 9, the plaintiff filed a letter indicating that he does not object to the extension. The parties' remaining concerns regarding the plaintiff's opposition shall be addressed in a forthcoming Order. Accordingly, it is hereby

ORDERED that the defendants' reply in support of the motion for summary judgment shall be filed by October 7, 2024.

Dated:    New York, New York
          August 19, 2024

                                     _____
                                              DENISE COTE
                                     United States District Judge