```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
Jerald Times,                             :
                         Plaintiff,       :
                                          :      23cv3229 (DLC)
              -v-                         :
                                          :         ORDER
Success Academy Charter Schools, Inc.,    :
et al.,                                   :
                         Defendants.      :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion of December 6, 2024 granted in part the defendants' motion for summary judgment. On January 2, 2025, plaintiff Jerald Times filed a notice of interlocutory appeal of the Court's partial grant of summary judgment. On March 22, Times filed a motion to stay this action pending resolution of his appeal.

In general, a grant of partial summary judgment cannot be appealed because is not a final judgment. See Sahu v. Union Carbide Corp., 475 F.3d 465, 467 (2d Cir. 2007). Nor has Times shown that the Court of Appeals has any other source of jurisdiction to hear his appeal at this time. In light of the procedurally defective nature of Times' appeal, it is hereby

ORDERED that Times' March 22 motion for a stay is denied.

IT IS FURTHER ORDERED that the Pro Se Office shall seek counsel to represent the plaintiff at a trial that will likely be held this summer.

Dated:   New York, New York
         April 4, 2025

                                             DENISE COTE
                                  United States District Judge