```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
Jerald Times,                              :
                                           :
                        Plaintiff,         :     23cv3229 (DLC)
                                           :
            -v-                            :     ORDER
                                           :
Success Academy Charter Schools, Inc.,     :
et al.,                                    :
                                           :
                        Defendants.        :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

On December 6, 2024, summary judgment was granted to the defendants on all but one claim. The Court, construing the pro se plaintiff's submissions liberally, held that questions of fact regarding the following claim required a decision at trial. At the trial, which is scheduled to begin on September 29, 2025, a jury will decide whether the plaintiff has carried his burden of proving by a preponderance of the evidence that Success Academy and two of its employees terminated his employment in retaliation for his statement in an October 22, 2020 email that his demotion as part of the defendants' re-leveling project had to be "part of a larger discussion about unconscious bias" in the organization (the "Remaining Retaliation Claim"). Times v. Success Acad. Charter Sch., Inc., No. 23cv3229, 2024 WL 5009166, at *16 (S.D.N.Y. Dec. 6, 2024).

The plaintiff has complained that this Court misconstrued his submissions in this litigation and that he did not bring the Remaining Retaliation Claim, as identified in the December 6, 2024 Opinion.  An Order of July 30, 2025 instructed the plaintiff to advise the Court whether he wishes to proceed to trial on the Remaining Retaliation Claim, but the parties' submissions in response to that Order have not produced clarity.  Accordingly, it is hereby

ORDERED that a telephone conference will be held on Wednesday, August 20, 2025 at 3:00 p.m.  The following dial-in credentials shall be used for the conference:

>    Dial-in:       1-855-244-8681
>    Access Code:   2312 042 2648

The parties shall use a landline if one is available.

Dated:   New York, New York
         August 15, 2025

                                      /s/ Denise Cote
                                      _____
                                      DENISE COTE
                                      United States District Judge