```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
Jerald Times,                           :
                                        :
                    Plaintiff,          :    23cv3229 (DLC)
                                        :
            -v-                         :        ORDER
                                        :
Success Academy Charter Schools, Inc.,  :
et al.,                                 :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Pursuant to the plaintiff's request, it is hereby ORDERED that the telephone conference scheduled for Wednesday, August 20, 2025 is adjourned to 4:30 p.m. on that day. As previously noted, the following dial-in credentials shall be used for the conference:

>     Dial-in:        1-855-244-8681
>     Access Code:    2312 042 2648

The parties shall use a landline if one is available.

Dated:   New York, New York
         August 19, 2025

                                       _____
                                              DENISE COTE
                                       United States District Judge