```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
Jerald Times,                             :
                                          :
                          Plaintiff,      :     23cv3229 (DLC)
                                          :
              -v-                         :     ORDER
                                          :
Success Academy Charter Schools, Inc.,    :
et al.,                                   :
                                          :
                          Defendants.     :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion of December 6, 2024 granted the defendants' motion for summary judgment on all claims but one. Construing the pro se plaintiff's submissions liberally, the Court held that there were questions of material fact as to the plaintiff's claim that the defendants terminated his employment in retaliation for an October 22, 2020 email, which included the statement that his demotion had to be "part of a larger discussion about unconscious bias" in the organization ("Remaining Retaliation Claim").

The plaintiff has conveyed that the Remaining Retaliation Claim is not the claim on which he wishes to proceed to trial. He has also stated that did not actually bring that claim and that he is unsure whether it is supported by law or evidence.

An Order of July 30 set a deadline of August 13 for the plaintiff to advise the Court whether he wishes to proceed to trial on the Remaining Retaliation Claim, and explained that, if he does not, it will be dismissed with prejudice. After the plaintiff's submissions in response to that Order failed to produce clarity, an Order of August 15 scheduled a conference for August 20.

At the August 20 conference, the plaintiff did not state that he wished to proceed to trial on the Remaining Retaliation Claim. Accordingly, based on the plaintiff's statements following the issuance of the December 6 Opinion and for the reasons described on the record at the August 20 conference, it is hereby

ORDERED that the Remaining Retaliation Claim is dismissed with prejudice. The Clerk of Court shall enter judgment for the defendants and close the case.

Dated:   New York, New York
         August 21, 2025

_____
DENISE COTE
United States District Judge