**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
Jerald Times,

             Plaintiff,

-against-                                      23 **CIVIL** 3229 (DLC)

                                                                **JUDGMENT**

Success Academy Charter Schools, Inc., et al.,

             Defendants.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 21, 2025, based on the plaintiff's statements following the issuance of the December 6 Opinion and for the reasons described on the record at the August 20 conference, it is hereby ORDERED that the Remaining Retaliation Claim is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

     August 21, 2025

                                                        **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                         **BY:**           *K. Mango*

                                                           **Deputy Clerk**