```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
Jerald Times,                         :
                                      :
                        Plaintiff,    :    23cv3229 (DLC)
                                      :
            -v-                       :    ORDER
                                      :
Success Academy Charter Schools, Inc.,:
et al.,                               :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

An Order of August 21, 2025 dismissed the final claim that remained in this action and entered judgment for the defendants. The plaintiff filed two submissions on August 29 that attack the soundness of both the Order of August 21 and the Opinion of December 6, 2024, which granted summary judgment for the defendants on all other claims. Construing the August 29 submissions liberally as bringing a motion pursuant to Rule 60(b), Fed. R. Civ. P., it is hereby

ORDERED that the motion is denied for the reasons stated on the record at the conference of August 20 and in prior Orders and Opinions of this Court.

Dated:   New York, New York
         September 9, 2025

                                   _____
                                          DENISE COTE
                                   United States District Judge